# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| VS | |
| RUFUS GARWO | RECOG#NEW1349<br>3:07-MG-411702 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District Court of New Jersey for appearance before this Court and that the sum of TWO THOUSAND DOLLARS ($2,000.00), was deposited in the registry of this Court as security for the said recognizance, and it is further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this ____ Day of DECEMBER, 2008

Ordered that the sum of TWO THOUSAND DOLLARS($2,000.00) be paid to Johnson N. Desuah, 650 S. 15th St. 1st Floor, Newark, NJ 07103

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT